IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 5:21-CR-00083-KDB-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| DONNA STEELE, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the parties' Joint Motion to Accept Early Payment of Monetary Penalties (Doc. No. 20) filed March 25, 2022. The Court finds good cause to grant the requested relief.

**IT IS THEREFORE, ORDERED** that the Clerk of Court shall accept and deposit prepayment of the monetary penalties in this matter in any amount. Upon sentencing, the Clerk will distribute the funds in accordance with the terms of the judgment without further order of this Court.

**IT IS FURTHER ORDERED** that the Government shall serve a copy of this Order upon the Clerk or the Financial Deputy Clerk.

**SO ORDERED**

Signed: March 28, 2022

Kenneth D. Bell
United States District Judge