IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

DOCKET NO.: 5:21-cr-00083-KDB

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CONSENT ORDER AND |
| v. ) | JUDGMENT OF FORFEITURE |
| ) | PENDING RULE 32.2(c)(2)E |
| DONNA OSOWITT STEELE ) | |

BASED UPON the Defendant's plea of guilty and finding that there is a nexus between the property listed below and the offense(s) to which the Defendant has pled guilty and that the Defendant (or any combination of Defendants in this case) has or had a possessory interest or other legal interest in the property, IT IS HEREBY ORDERED THAT:

1. The following property is forfeited to the United States pursuant to 18 U.S.C. § 981 and 28 U.S.C. § 2461(c), provided, however, that forfeiture of specific assets is subject to any and all third party petitions under 21 U.S.C. § 853(n), pending final adjudication herein:

   - **A forfeiture money judgment in the amount of $16,868,354.94, such amount constituting the proceeds that Defendant personally obtained as a result of the offense to which Defendant has pled guilty. Defendant stipulates that the Government may satisfy the money judgment via forfeiture of proceeds and/or substitute property as defined in 21 U.S.C. § 853(p). For purposes of forfeiture under Section 853(p), Defendant stipulates that, as a result of acts or omissions of Defendant, one or more provisions of Section 853(p)(1)(A)-(E) are satisfied;**

   - **The following items turned over by Defendant to the United States:**

     o 36mm 18k gold Rolex Day Date Watch, Model 18238;
     o 14k yellow and white gold 1 1/2ct diamond mesh bracelet;
     o 18k yellow gold 3-row cuff bracelet; 1ct diamond;
     o 14k yellow gold pearl link bracelet (missing 2 pearls);
     o 18k yellow gold 2ct diamond bangle bracelet;
     o 10k yellow gold Italy Omega bracelet;
     o 18k rose gold 2ct diamond bangle bracelet;
     o 18k white and yellow gold 2ct diamond bangle bracelet;
     o 14k rose gold 2ct diamond bangle bracelet;
     o 14k yellow gold necklace w/colored 1 1/2ct diamond flower pendant;

- 18k white gold 2ct diamond oval link bangle bracelet;
- 925 sterling silver 6ct cubic zirconia bracelet;
- 14k white gold 2ct diamond bangle bracelet;
- 18k white gold 3/4ct ruby and 3ct diamond bracelet;
- 14k white gold emerald and 2ct diamond bangle bracelet;
- 14k white gold 1 1/4ct diamond wrap bangle bracelet;
- 14k white gold multi-gemstone and 2ct diamond bracelet;
- 18k white gold genuine tanzanite and 3/4ct diamond necklace;
- 18k white gold 8ct round and baguette diamond bracelet;
- 18k rose and white gold 2.01ct diamond 9-row band (missing 1 diamond);
- 14k white gold LeVian double genuine amethyst white/chocolate .40ct ring;
- 18k white gold 1.05ct diamond circle intertwined ring;
- 18k yellow and white gold 0.87ct diamond swirl ring;
- 18k white gold baguette and round 3ct diamond statement ring;
- 18k white gold 1ct emerald gemstone and 3/4ct diamond ring;
- 14k white gold oval blue topaz and 1 1/2ct diamond ring;
- 14k white gold 3ct diamond wave ring;
- 14k white gold 2 1/2ct smoky topaz and 1/3ct diamond ring;
- 14k white gold ruby, peridot and blue topaz 1/4ct diamond ring;
- 18k white gold blue beveled sapphire gemstone .58ct diamond ring;
- 14k white gold aquamarine and 1/4ct diamond ring;
- 18k white and yellow gold 2.59ct diamond overlay ring;
- 18k white gold 2ct diamond halo twist ring;
- 14k two-tone gold wide 1ct diamond interlaced ring;
- 14k yellow gold 12.8mm 1/3ct diamond pearl flower ring (1 diamond missing);
- 18k white gold oval tanzanite and 2ct diamond stud earrings;
- 14k rose gold smoky topaz and 1/3ct diamond earring (one earring only);
- 18k yellow gold in & out 3/4ct diamond open hoop earrings w/no backs;
- 14k yellow gold in & out 1 1/2ct diamond hoop earrings;
- 14k yellow gold 2ct diamond huggie earrings;
- 14k white gold 5ct diamond hoop earrings (4 diamonds missing);
- 10k white gold 1/4ct diamond hoop earrings;
- 14k white gold 20 cushion 5ct diamond eternity band;

- 14k white gold round 1/14ct diamond eternity band (4 diamonds missing);
- 925 sterling silver Tiffany & Co. aquamarine bracelet;
- 14k white gold .30ct diamond, emerald, amethyst, peridot, aquamarine stackable rings;
- 14k white gold emerald stud earring;
- 14k white gold emerald and 1/4ct diamond square pendant;
- 14k white gold oval 1/3ct diamond hoop earring;
- Hermes gold shell watch w/black leather strap;
- Dior VIII diamond black ceramic automatic watch;
- 18k rose gold 3/4ct diamond eternity band;
- Cubic zirconia silver-tone stud earrings;
- Michelle Mother of Pearl .66ct diamond stainless steel watch;
- Stainless steel diamond Gucci watch;
- Gucci pearl gold-tone ring w/loose pearl;
- Gucci pearl bee pin;
- Gold-tone ball stud earrings;
- Brown Gucci purse w/matching wallet;
- Brown Luis Vuitton purse;
- Burberry purse;
- Burberry wallets;
- Black Gucci purse;
- Brown Gucci purse with matching wallet;
- Bloomingdale's fox fur jacket;
- Guccy (Gucci) leather jacket;
- Gucci bee belt;
- Louis Vuitton high top shoes;
- Louis Vuitton combat boots; and
- 13 shoe and purse dust bags.

2. If and to the extent required by Fed. R. Crim. P. 32.2(b)(6), 21 U.S.C. § 853(n), and/or other applicable law, the United States shall publish notice and provide direct written notice of forfeiture.

3. Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of

the property, including depositions, interrogatories, and requests for production of documents, and to issue subpoenas pursuant to Fed. R. Civ. P. 45.

4. A forfeiture money judgment shall be included in the defendant's sentence, and the United States may take steps to collect the judgment from any property of the defendant, provided, the value of any forfeited specific assets shall be credited toward satisfaction of this money judgment upon liquidation.

5. As to any specific assets, following the Court's disposition of all timely petitions, a final order of forfeiture shall be entered. If no third party files a timely petition, this order shall become the final order of forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2), and the United States shall have clear title to the property, and shall dispose of the property according to law.

The parties stipulate and agree that the aforementioned asset(s) constitute property derived from or traceable to proceeds of defendant's crime(s) herein and are therefore subject to forfeiture pursuant to 18 U.S.C. §§ 981 and 982, and/or 28 U.S.C. § 2461(c). The defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment against defendant. If the defendant has previously submitted a claim in response to an administrative forfeiture proceeding regarding any of this property, defendant hereby withdraws that claim. If defendant has not previously submitted such a claim, defendant hereby waives all right to do so.

DENA J. KING
UNITED STATES ATTORNEY

_____
BENJAMIN BAIN-CREED, ESQ.
Assistant United States Attorney

_____
DONNA OSOWITT STEELE
Defendant

_____
CHRISTOPHER C. FIALKO, ESQ.
ELLIOT SOL ABRAMS, ESQ.
Attorneys for Defendant

Signed this 3rd day of November, 2022.

_____
THE HONORABLE KENNETH D. BELL
UNITED STATES DISTRICT JUDGE